Uzoma Alex Eze, Esq.
Attorney for Plaintiff
    Roger Hartley
225 Broadway, Suite 705
New York, NY 10007
212-312-7214

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Roger Hartley

        Plaintiff,

v.

HENRY RUBIO, CITY OF NEW YORK,
NEW YORK CITY DEPARTMENTOF
EDUCATION and Does 1-10

        Defendants

---

                                                      08 CV 4461
                                        Notice of Appearance

TO:   City of New York, Et al
        100 Church Street
        New York, New York 10007

        PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of plaintiff Roger Hartley in the above-captioned action. Contact information for the undersigned counsel for the plaintiff is as follows:

        Uzoma Alex Eze, Esq.
        225 Broadway Suite 705
        New York, NY 10007
        212-312-7214
        uae@laweze.com

The email address listed above should be used for electronic case filing notification purposes.

Dated: May 26, 2008

                                          By: _____
                                                 Uzoma Alex Eze, Esq. (UE 0475)
                                                 Attorney for Plaintiff Roger Hartley

1