**MEMO ENDO**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

ROBYN SILVERMINTZ
phone.212-442-0144
fax 212-788-8877
mobile
email.rsilverm@law.nyc.gov

June 24, 2008

BY OVERNIGHT MAIL
Honorable Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

JUN 25 2008

**MEMO ENDORSED**

      Re:  Roger Hartley v. Henry Rubio, et. al.
           08 CV 4461

Dear Judge Buchwald:

      I am an Assistant Corporation Counsel in the Labor and Employment Law Division of the New York City Law Department and the attorney assigned to the defense of the City of New York and the New York City Department of Education ("city defendants") in this action. I am writing on behalf of the city defendants to respectfully request an extension of time, from July 2, 2008 until August 4, 2008, for the city defendants to respond to the complaint. I have been advised that the city defendants are the only ones that have been served in this action to date. Thus, the request for an extension of time is made only on behalf of the city defendants. Plaintiff's attorney consents to this request. This is the city defendants' and defendant, Rubio's first request for an extension of time to respond to the complaint.

      The reason for this request is that the city defendants and this office need additional time to

*Application granted. So Ordered.*

[signature]

6/26/08

investigate the allegations in the complaint before answering or otherwise responding.

Thank you for your consideration in this regard.

Respectfully submitted,

*Robyn Silvermintz*

Robyn Silvermintz
Assistant Corporation Counsel
rsilverm@law.nyc.gov

cc:     BY OVERNIGHT MAIL
        Uzoma Eze
        Nkereuwem Umoh
        Attorneys for Plaintiff
        255 Livingston Street, 4th Floor
        Brooklyn, New York 11217